# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dr. R.C. Samanta Roy Institute of Science and Technology, a Wisconsin non-stock corporation and Midwest Oil of Minnesota, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Viacom Television Station Group and CBS Broadcasting Inc., d/b/a WCCO-TV,<br><br>    Defendants. | No. 05-CV-1164 (PAM/JSM)<br><br>**ORDER OF DISMISSAL** |

UPON CONSIDERATION OF the Joint Stipulation of the parties to voluntarily dismiss the above-titled action with prejudice (Docket No. 12), it is hereby

ORDERED that the Complaint and all claims therein against all Defendants are dismissed with prejudice; and it is further

ORDERED that each party will bear its own costs and attorney fees.

ENTERED this  3rd  day of  November , 2005.

                s/Paul A. Magnuson, Judge
                United States District Court